IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-41-D
No. 7:14-CR-145-D

| | |
|---|---|
| ELSON PRESSLEY, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon Respondent's motion for supplemental briefing, it is hereby ORDERED that Respondent may file a supplemental brief of no more than 10 pages (excluding a certificate of service) on or before August 4, 2017. Petitioner may file a supplemental response of no more than 10 pages (excluding a certificate of service) on or before August 11, 2017.

This __28__ day of July, 2017.

JAMES C. DEVER III
Chief United States District Judge