IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-41-D
No. 7:09-CV-126-D
No. 7:14-CV-81-D
No. 7:16-CV-145-D

| | | |
|---|---|---|
| ELSON PRESSLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

On January 24, 2018, Elson Pressley ("Pressley") moved for reconsideration [D.E. 79]. On March 7, 2018, the government concurred in light of United States v. Middleton, No. 16-7556, 2018 WL 1056944 (4th Cir. Feb. 26, 2018). See [D.E. 82]. In light of Middleton, the court GRANTS the motion for reconsideration [D.E. 79], vacates Pressley's sentence, and orders resentencing.

SO ORDERED. This 9 day of March 2018.

JAMES C. DEVER III
Chief United States District Judge