UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-41-D
7:16-CV-145-D

| UNITED STATES OF AMERICA | ORDER ON MOTION TO WAIVE APPEARANCE FOR RESENTENCING |
|---|---|
| v. | |
| ELSON PRESSLEY | |

This matter is before the Court on the Office of the Federal Public Defender's motion to waive Mr. Pressley's appearance for resentencing. For good cause shown, the Court concludes that the motion should be granted.

WHEREFORE, it is hereby ORDERED that the motion filed by the Office of the Federal Public Defender is allowed and Elson Pressley is exempt from appearing before this Court for his scheduled April 30 resentencing.

SO ORDERED this **20** day of April, 2018.

JAMES C. DEVER, III
Chief United States District Judge